IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JOANN D. BRITT,** | * | |
| Plaintiff, | * | |
| | | **Civil Action No. RDB-19-0401** |
| v. | * | |
| **MEGAN J. BRENNAN,** *Postmaster General*, | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is HEREBY ORDERED this 8th day of April, 2020 that:

1. Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment (ECF No. 42), treated as a Motion to Dismiss, is GRANTED. Specifically:

   a. Counts I and II are DISMISSED WITH PREJUDICE;

   b. Plaintiff's hostile work environment claim under Count III is DISMISSED WITH PREJUDICE;

   c. Plaintiff's retaliation claim under Count III is DISMISSED WITHOUT PREJUDICE;

2. The Clerk of this Court shall CLOSE THIS CASE; and

3. The Clerk of the Court shall transmit a copy of this Order and accompanying Memorandum Opinion to counsel of record.

_____/s/_____
Richard D. Bennett
United States District Judge